# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LEE DEFALICO,

                Plaintiff,

v.

ALDRIDGE PITE HAAN, LLP,

                Defendant.

Case No. 17-CV-568-JPS

**ORDER**

On September 19, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #23). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #23) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 20th day of September, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge